**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6686

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RYAN O'NEIL LITTLE, a/k/a LA, a/k/a Youngblood,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:95-cr-00105-MOC-1)

Submitted:  January 20, 2022                                    Decided:  January 24, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ryan O'Neil Little, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan O'Neil Little appeals the district court's order denying his motion for compassionate release. We have reviewed the record and find that the district court did not abuse its discretion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (stating standard of review), *cert. denied*, 142 S.Ct. 383 (2021). Accordingly, we affirm the district court's order. We deny Little's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*